IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cr-00266-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL ANTHONY MCLAUGHLIN,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se filings. [DE 75–77]. Defendant seeks a court order determining that his federal sentence should run concurrent with a state sentenced imposed for unrelated conduct. [DE 74 at 3–4]. Defendant was released from federal custody and began a term of supervised release on September 9, 2024. *See* [DE 79]. Accordingly, the filings at [DE 75], [DE 76], and [DE 77] are DENIED AS MOOT.

SO ORDERED this 14th day of November, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE