UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Carl Anthony McLaughlin**           Docket No. 5:15-CR-266-1M

**Petition for Action on Supervised Release**

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Anthony McLaughlin, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Heroin, Marijuana, and 3,4-Methlenedioxymethamphetamine(Ecstasy), was sentenced by the Honorable Malcolm J. Howard, Senior United States District Judge, on July 14, 2016, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Carl Anthony McLaughlin was released from custody on September 9, 2024, at which time the term of supervised release commenced. On October 11, 2024, the case was assigned to the Honorable Richard E. Myers II, Chief United States District Judge. On October 11, 2024, a Violation Report was submitted to the court due to the defendant submitting a urine specimen that tested positive for fentanyl. Furthermore, on November 25, 2024, a Violation Report was submitted to the court due to the defendant admitting to the use of marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 18, 2024, the defendant submitted a urine specimen that tested positive for methamphetamines. The defendant denied the use of methamphetamines. A national lab confirmation report was received on December 2, 2024, that confirmed the specimen was positive for methamphetamines. The defendant has continued to deny the use of methamphetamines. The defendant will continue to engage in outpatient substance abuse treatment. Additionally, his treatment provider has been notified of his drug use so that triggers can continue to be addressed in treatment. We would respectfully recommend that the defendant be placed on Location Monitoring for a period of 45 days, with the technology to be determined by the supervising officer, and he is to abide by all program requirements, instructions, and procedures provided by the supervising officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to location monitoring technology as determined by his supervising officer and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Carl Anthony McLaughlin
Docket No. 5:15-CR-266-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: December 6, 2024

**ORDER OF THE COURT**

Considered and ordered this 6Th day of December, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge