UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Carl Anthony McLaughlin**           Docket No. 5:15-CR-266-1M

**Petition for Action on Supervised Release**

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Anthony McLaughlin, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Heroin, Marijuana, and 3,4-Methlenedioxymethamphetamine (Ecstasy), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 14, 2016, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of three years. Carl Anthony McLaughlin was released from custody on September 9, 2024, at which time the term of supervised release commenced. On October 11, 2024, the case was reassigned to the Honorable Chief Judge Richard E. Myers II.

On October 11, 2024, a Violation Report was submitted to the court after the defendant submitted a urine specimen that tested positive for fentanyl on October 3, 2024. The defendant denied the use of fentanyl; however, national laboratory results confirmed the specimen was positive for fentanyl. On November 25, 2024, a Violation Report was submitted to the court after the defendant submitted a urine specimen that tested positive for marijuana on November 7, 2024. The defendant admitted to the use of marijuana. Furthermore, On December 6, 2024, a Petition for Action was submitted to the court after the defendant submitted a urine specimen that tested positive for methamphetamines on November 18, 2024. The defendant denied the use of methamphetamines, and a national lab confirmation was received on December 2, 2024, confirming the specimen was positive for methamphetamines. At that time, the conditions of supervised release were modified to include 45 days of curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 23, 2024, the defendant submitted a urine specimen that tested positive for marijuana. Additionally, on January 6, 2025, the defendant submitted a urine specimen that tested positive for marijuana. When confronted with the results of the tests, the defendant admitted to the use of marijuana on or about December 17, 2024, and January 1, 2025. National lab results were received, which confirmed that the specimens were positive for marijuana. Mr. McLaughlin is engaged in substance abuse treatment, and with his consent and the support of the clinician, treatment has been increased to continue to work towards sobriety.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Carl Anthony McLaughlin is engaged in a treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectively recommends the defendant be permitted to continue on supervision in lieu of revocation at this time. In response to the defendant's continued substance abuse, we respectfully request that the court modify the existing location monitoring condition to a home detention restriction and impose an additional 60 days of home detention with location monitoring technology, as directed by the supervising officer.

Carl Anthony McLaughlin
Docket No. 5:15-CR-266-1M
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for an additional 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Location Monitoring technology as directed by his supervising officer, and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: January 17, 2025

## ORDER OF THE COURT

Considered and ordered this 27th day of January, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge