UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Carl Anthony McLaughlin**                    **Docket No. 5:15-CR-266-1M**

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Anthony McLaughlin, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Heroin, Marijuana, and 3,4-Methlenedioxymethamphetamine (Ecstasy), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 14, 2016, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Carl Anthony McLaughlin was released from custody on September 9, 2024, at which time the original term of supervised release commenced. On October 11, 2024, the case was reassigned to the Honorable Chief U.S. District Judge Richard E. Myers II.

On July 11, 2025, the defendant's previous term of supervised release was revoked, and the defendant was sentenced to time served and a term of supervised release was reimposed. On July 29, 2025, as a result of the defendant testing positive for methamphetamine on September 17 and July 29, 2025, a Violation Report was forwarded to the court

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 29, 2025, the defendant submitted a urine specimen that tested positive for methamphetamine and cocaine. A Violation Report was submitted to the court on that same date, advising of the methamphetamine positive; however, the defendant denied any other drug use. On August 6, 2025, laboratory confirmation was received indicating the presence of both methamphetamine and cocaine. When confronted with these results, the defendant signed an admission of drug use. As a sanction for this conduct and to deter future drug use, it is respectfully recommended that the defendant's conditions of supervision be modified to include a 90-day curfew with location monitoring technology at the discretion of the U.S. Probation Officer. The defendant will continue to participate in substance abuse treatment, and his drug use will be monitored through the Surprise Urinalysis Program.The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to location monitoring technology as determined by the U.S. Probation Officer and comply with its requirements as directed.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2538
Executed On: August 6, 2025

## ORDER OF THE COURT

Considered and ordered this ___7th___ day of ___August___, 2025, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_

Richard E. Myers II
Chief U.S. District Judge